# United States District Court
## For The Western District of North Carolina
## Asheville Division

SHAFEEQ MUHAMMAD,,

        Petitioner,

vs.

UNITED STATES OF AMERICA,,

        Respondent.

JUDGMENT IN A CIVIL CASE

1:08cv538 and
Criminal Case No. 1:06cr13

DECISION BY COURT.  This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 01/21/2012 Order.

Signed: January 23, 2012

Frank G. Johns, Clerk
United States District Court